No. 2,945.—STATE EX REL. P. J. KELLY, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition, directed against the district court of Silver Bow county, and Hon. J. J. Lynch, a judge thereof.

Decided November 12, 1910.

PER CURIAM.—The relator's application for a writ of prohibition herein is, after due consideration by the court, denied and the proceeding is dismissed.